# United States Court of Appeals
## For the First Circuit

No. 22-1272

JOSE MAURICIO FIGUEROA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on October 17, 2024, is amended as follows:

On pages 8 and 9, delete footnote 5 and renumber all subsequent footnotes accordingly.